# Exhibit B



mwe.com

Paul W. Hughes
Attorney at Law
phughes@mwe.com
+1 202 756 8988

**June 30, 2025**

*Via Email*

Ray Atkins
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Re:   *Metra Commuter Rail Service on the UP Lines*

Dear Mr. Atkins:

Metra will continue operating rail service on the UP Lines after June 30, 2025. Metra intends to deliver rail service to the public based on the posted schedule, with any necessary modifications to accommodate the public's needs, and reserves all rights in the event Union Pacific prevents Metra's delivery of its service or unreasonably declines necessary modifications for the public's needs. As Metra has made clear, Metra does not accept the terms of Union Pacific's unilateral "Condition of Entry" (COE). We believe the COE is invalid and unenforceable and that it breaches Union Pacific's repeated promises to keep Metra-funded improvements to the UP Lines available for Metra to use. Metra has not consented, and does not consent, to the unreasonable terms and conditions of the COE, including but not limited to the compensation terms, liability provisions, and putative jury trial waiver. Rather, as you have acknowledged, this dispute remains unresolved, and there has been no meeting of the minds on essential contract terms.

Metra reserves all rights, including to show that the COE is unenforceable and have it set aside. To be clear: Metra's decision to operate on the UP Lines does not constitute agreement



500 North Capitol Street, NW  Washington DC 20001-1531  Tel +1 202 756 8000  Fax +1 202 756 8087



Ray Atkins
June 30, 2025
Page 2

to the COE, which it categorically and unequivocally rejects as unreasonable, unconscionable, and contrary to law.

                                                        Sincerely,

                                                        Paul W. Hughes

                                                        *Counsel for Commuter Rail Division of the Regional Transportation Authority d/b/a Metra*