# Exhibit C



August 15, 2025

Mr. James M. Derwinski
CEO/Executive Director
Metra
547 W. Jackson Blvd., 13th Floor
Chicago, IL 60661

**RE: Notice of Default and Demand for Payment July COE Invoice**

Dear Mr. Derwinski,

The operation of any Metra trains on Union Pacific property is governed by the Condition of Entry (COE) effective July 1, 2025. The COE provides that Metra shall pay all invoices within five (5) days of receipt of a billing statement from Union Pacific and that Metra is required to fulfill any and all payment obligations promptly and in full, irrespective of any disputes.

On July 15, Metra wired a partial payment to Union Pacific in the amount of $7,735,681.76. On July 22, Union Pacific sent Metra correspondence stating that this amount did not fulfill Metra's complete financial obligation as outlined in the COE, which is the definitive document that governs both the current and future amounts owed. Union Pacific also notified Metra that it would apply the received payment as a credit toward the forthcoming July COE invoice. The July COE invoice was sent to Metra on August 8, 2025, with a stipulated payment deadline of five (5) days from the date of issuance. The invoice clearly delineates the total amount due of $10,023,211.65 and the outstanding balance of $2,287,529.89. A copy of the July COE invoice is attached to this Notice of Default and Demand for Payment.

Union Pacific has determined that the payment of $7,735,681.76 does not fulfill the complete financial obligation for July operations. As outlined in the COE, Metra is required to remit payments that reflect the full amount due for the services provided, even in the event of a dispute. As of August 14, 2025, Metra has not submitted the outstanding balance to Union Pacific for the July COE invoice as required under the terms and conditions of the COE.

**Notice of Default**

This letter serves as Union Pacific's formal notice to Metra that failure to remit full payment constitutes a default under the COE. The outstanding balance must be settled promptly to avoid further action.

**Demand for Payment**

Pursuant to Section 3.5 of the COE, "Metra shall pay all invoices within five (5) days of receipt of a billing statement from Union Pacific." In addition, pursuant to Section 3.7 of the COE, "Metra is required to fulfill any and all payment obligations promptly and in full, irrespective of any disputes."

**UNION PACIFIC RAILROAD**
1400 Douglas Street
Omaha, Nebraska 68179

**Union Pacific demands that Metra cure this default by paying the outstanding balance of $2,287,529.89 detailed in the July COE invoice by August 21, 2025**.

In the event Metra does not cure the default within the specified period, Union Pacific will take legal action to recover the owed amounts and any applicable damages.

Union Pacific appreciates your immediate attention to this matter. Should you have any questions or require further clarification, please contact me directly.

Sincerely,

Liisa Lawson Stark
VP Public Affairs

# UNION PACIFIC RAILROAD COMPANY

METRA CHICAGO
NORTHEAST ILL RR CORP
MANAGER-ACCTS PAYABLE
547 W JACKSON BLVD
CHICAGO, IL   60661

| | |
|---|---|
| *BILL NUMBER* | 341913597 |
| *DATE ISSUED* | 08/07/2025 |
| *DUE DATE* | 08/13/2025 |
| *ACCOUNT NO* | 20298 |
| *CONTRACT NO* | COE100 |
| *CUST REFERENCE* | |
| *CLASS* | 12-METRA WO BILLING |

*DESCRIPTION:*

COE JULY 2025

*BILL FREQUENCY:*   Monthly          *PERIOD COVERED:*   07/01/2025 to 07/31/2025

| Quantity | Type | Rate | Total |
|---|---|---|---|
| 1 | Number of Unit | $2,287,529.89 | $2,287,529.89 |

For correspondence or if you would like to receive future bills electronically, please email MARSCUSTOMERS@UP.COM

UNION PACIFIC RAILROAD TAX ID NUMBER: 94-6001323

*Please remit payment using one of these methods:*

| **Please send checks to:**<br>*UNION PACIFIC RAILROAD COMPANY*<br>*12567 Collections Center Drive*<br>*Chicago, IL 60693* | **Pay Online here:**<br>https://www.uprr.com/payment/DjGOmeaVyd2d4-WRK1Kpnw  |
|---|---|

..........................................................................................................................................................

*TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, DETACH AND RETURN THIS PORTION WITH CHECK*

| | |
|---|---|
| *BILL NUMBER* | 341913597 |
| *DATE ISSUED* | 08/07/2025 |
| *DUE DATE* | 08/13/2025 |
| *BILL AMOUNT* | $2,287,529.89 |
| *ACCOUNT NO* | 20298 |
| *CONTRACT NO* | COE100 |
| *CUST REFERENCE* | |

**UNION PACIFIC RAILROAD**
**STATEMENT OF CHARGES**

JULY, 2025

|  | LABOR | MATERIAL | OTHER | TOTAL |
|---|---|---|---|---|
| **CHARGES SYSTEMATICALLY ASSIGNED** | | | | |
| Engineering | $2,217,179 | $536,444 | $782,705 | $3,536,328 |
| Custodian-Tower Operator-Admin-Other | $288,251 | $50,172 | $279,326 | $617,749 |
| Subtotal | $2,505,431 | $586,615 | $1,062,031 | $4,154,077 |
| **CHARGES NOT SYSTEMATICALLY ASSIGNED** | | | | |
| Franchise Access Fee | $0 | $0 | $4,285,840 | $4,285,840 |
| Performance Payment | $0 | $0 | $0 | $0 |
| Special Trains | $0 | $0 | $21,053 | $21,053 |
| Communications | $38,174 | $31,774 | $83 | $70,031 |
| Joint Facilities | $0 | $0 | $15,522 | $15,522 |
| Rail Testing | $0 | $0 | $0 | $0 |
| Roadway Machines | $25,527 | $94,997 | $13,010 | $133,534 |
| Work Equipment | $3,446 | $5,545 | $8,892 | $17,883 |
| Work Train Service | $194,080 | $78 | $0 | $194,158 |
| Dispatching | $83,632 | $0 | $0 | $83,632 |
| Crew Calling | $39,207 | $3,174 | $13,542 | $55,924 |
| Time Keeping | $20,046 | $723 | $723 | $21,492 |
| Property Tax | $0 | $0 | $255,896 | $255,896 |
| Subtotal | $404,112 | $136,291 | $4,614,560 | $5,154,964 |
| | | | | |
| Material and Labor Additive   (5.6762%) | | $41,034 | | $41,034 |
| System Labor Additive   (55.0%) | $1,600,249 | | | $1,600,249 |
| | | | | |
| **TOTAL CURRENT MONTH CHARGES** | **$4,509,792** | **$763,940** | **$5,676,592** | **$10,950,323** |

| | | |
|---|---|---|
| Prior Period: | | |
| Medical Expense April - July | $ | 18,370 |
| April True-up | $ | (945,482) |
| **TOTAL AMOUNT DUE** | **$** | **10,023,212** |
| Metra Payment (July 15) | $ | (7,735,682) |
| **REMAINING BALANCE DUE** | **$** | **2,287,529.89** |