# Exhibit E

REDACTED FOR PUBLIC INSPECTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

COMMUTER RAIL DIVISION OF THE REGIONAL
TRANSPORTATION AUTHORITY,

        *Plaintiff*,

v.

UNION PACIFIC RAILROAD COMPANY,

        *Defendant*.

No. 1:25-cv-2439
Hon. John J. Tharp, Jr.

**Declaration of Julie M. Carey**

I, Julie M. Carey, declare as follows:

**I.    Qualifications**

1. I am an economist and Senior Managing Director with National Economic Research Associates, Inc. ("NERA"). My business address is 2112 Pennsylvania Avenue, NW, 4th Floor, Washington DC 20037.

2. I have over 25 years of experience addressing economic issues in the energy and transportation sectors. I routinely provide expert evidence before regulatory agencies, including the Surface Transportation Board ("STB" or the "Board"), as well as in commercial disputes before arbitrators and courts. In addition to my economic consultancy practice, I have served as an Adjunct Professor at Georgetown University since 2016, teaching energy economics and policy in the graduate economics and political economics programs, including the economics and regulation of railroad transportation. My Curriculum Vitae is attached as Exhibit 1.

**II.    Retention and Assignment**

3. Union Pacific retained me to assist with its reply to Metra's request for terminal trackage rights before the Surface Transportation Board. In that proceeding, Metra claims that Union Pacific's offer for compensation is economically unreasonable. *See, e.g.,* Metra Application, STB Docket No. FD 36844 (filed March 7, 2025). Union Pacific asked me to provide an opinion on the economic

1

reasonableness of the franchise access fee that Union Pacific proposed for Metra to have the right to access the Union Pacific rail lines (UP-North, UP-Northwest, and UP-West) used by Metra ("UP Lines"). In order to do this, I reviewed other UP and other rail carriers access pricing from arm's-length access agreements and observe higher prices than Metra's price offers to Union Pacific and often even higher than Union Pacific's price offers to Metra, the most recent of which I understand was submitted to Metra on May 21, 2025, demonstrating that Union Pacific provided an effective price discount.[1] I prepared and submitted a Verified Statement in that proceeding on June 3, 2025. Following Metra's filing of the Temporary Restraining Order, Union Pacific asked me to again provide my opinion on the economic reasonableness of the franchise access fee that Union Pacific has proposed. Along with other information discussed below, there is substantial support for the Union Pacific proposal as an economically reasonable rate.

4. I understand that the Declaration of Robert D. Mulholland discusses a compensation approach that has been used by the STB, referred to as SSW Compensation. I am generally familiar with the SSW Compensation approach—which actually encompasses multiple methodologies. Based on my experience, the issue of compensation—including whether SSW is appropriate and if so, which methodology to use—is litigated by parties and decided by the STB in each individual case. These can be complicated and lengthy proceedings. In one proceeding in which I participated, for example, the appropriate methodology and compensation were decided by the STB after nearly three years. *See New England Central Railroad—Trackage Rights Order—Pan Am Southern LLC*, Docket No. FD 35842 (STB instituted a proceeding in 2014 and issued a decision in 2017). I have not been asked as part of my assignment to provide an opinion on the appropriate compensation level, or the appropriate methodology to determine compensation, under condemnation principles at this time.

### III. Evaluation of the Economic Reasonableness of Union Pacific's Offers

5. Competitive negotiations that yield an agreement are an important feature for determining the economic value of a transaction. Courts have consistently upheld the principle that the value of property can be established by the terms arising from negotiations and the prices paid, provided that the terms of the agreement are the result of arm's-length bargaining between parties. What matters is that a fair and reasonable price can be ensured under the circumstances.[2] In *Hunter v. Comm'r*, the

---

[1] (Proposed) Passenger Rail Operating Agreement, Metra and UP, proposed effective date July 1, 2025.
[2] *Bank One Corp. v. Comm'r*, 120 T.C. 174 (2003), *aff'd in part, vacated in part, and remanded*, 458 F.3d 564 (7th Cir. 2006). ("Petitioner has not directed our attention to any case where fair market value was predicated on or limited to the amount that a

court held that the best indication of value was what parties paid in an arm's-length transaction for limited edition prints that were subsequently donated.[3] In other words, willing buyer and willing seller negotiations result in competitive market outcomes.

6. Using recent sales transactions from commercial negotiations as comparisons is a reasonable way to determine the economic value of assets including land, property or other types of assets. Union Pacific's recent commercial negotiations for franchise access fees with other passenger rail providers is one such way to determine the economic value of the UP Lines. Also as discussed below, Union Pacific had an appraisal completed to quantify the value of the land associated with the UP Lines. This appraisal used comparisons of valuations of recent land sales transactions for tracts of lands that were considered to have reasonably similar characteristics. This is a commonly used approach to valuations involving tracts or parcels of land or real estate. In fact, meaningful comparisons are often used for valuation analyses of many types of assets (power plants, pipelines, real estate, etc.) that reflect economic circumstances comparable to that of a guideline company.[4] Such comparisons of relevant similar transactions can be compared on an economic basis using different financial statistics.[5] For example, one can make comparisons based on the total dollar value, dollar per unit, the yield or income generated from the investment or a return on the investment (ROI) measuring the profitability. When reported on a percentage basis, it is referred to as a rate of return or profit margin. Any of these

---

hypothetical investor would pay for the property, rather than the broader group referred to in the accepted definition as a "willing buyer." Fair market value does not mean, of course, that the whole world must be a potential buyer of the property offered, but only that there are sufficient available persons able to buy to assure a fair and reasonable price in the light of the circumstances affecting value. In considering the term "fair market value" as used in section 301, supra, we cannot restrict the market to dealers, investors, or any other limited groups").

[3] *Hunter v. Comm'r*, 51 T.C.M. 1533 (1986). ("It is clear to us that the transaction between Rocquencourt and petitioners was at arm's length, involving as it did a 100 percent markup by Rocquencourt. The record is devoid of any explanation of why Rocquencourt would sell the prints to petitioners for less than fair market value…As we found in *Chiu v. Commissioner, supra*, we also find here no credible explanation as to why petitioners would be able to acquire the prints at substantial discounts from value. Thus, we believe that the fair market value price of the prints in October 1978 (as well as in December 1979) was the price paid for them by petitioners.").

[4] Use of a comparable or guideline company in a valuation analysis involves comparison of one company or asset to the subject company based on the underlying economics of each, taking into account their particular characteristics and other factors. *See* Shannon P. Pratt & Alina V. Niculita, Valuing A Business: The Analysis and Appraisal of Closely Held Companies (5th ed. 2008) at pp. 269-71.

[5] "It is also useful to analyze the financial statements for both the subject company and the guideline companies to uncover similarities and differences to consider in the valuation. Bearing in mind the company being valued and the nature of the industry, we generally compare the performance of the subject company to the guideline companies by analyzing financial ratios that measures liquidity, leverage, activity, and profitability, as well as historical trends in revenues, expenses, and profitability." *See* Shannon P. Pratt & Alina V. Niculita, Valuing a Business: The Analysis and Appraisal of Closely Held Companies (5th ed. 2008) at p. 272.

metrics can be used to make comparisons across similar economic circumstances and it would be a reasonable approach to determine economic value.

7. As I discuss further below, franchise access compensation may be expressed on a unitized basis as dollars per train-mile, which aids comparison across transactions with different compensation structures. Moreover, stating annual franchise access fees as a percentage of property value provides a "rental yield" amount that allows comparison across all investment types that considers the array of alternative uses available for the economic asset beyond rail service.

### a. Recent Examples of Other Union Pacific Passenger Agreements

8. Union Pacific engaged in at least six negotiations over the past five years that involved the development of commercial agreements for passenger rail access to Union Pacific rail lines. Some of these recent negotiations in the 2021 to 2023 period include the following:

- **Chicago to Rockford Intercity (IDOT).** Union Pacific and the Illinois Department of Transportation ("IDOT") entered a memorandum of agreement on December 18, 2023, for IDOT to secure franchise access rights to Union Pacific's lines for intercity passenger rail service over approximately 47.5 miles[6] between Chicago and Rockford, Illinois,[7] with service to multiple intermediate points.[8]

- **Altamont Corridor Express (ACE).** Union Pacific and San Joaquin Regional Rail Commission amended their trackage rights agreement on November 27, 2023, for Altamont Corridor Express ("ACE") to continue to utilize franchise access rights (trackage) to Union Pacific lines, updating the annual access charge and extending the term of the agreement to 2028 for service over 88.8 miles between Stockton and San Jose, California.[9]

- **Metrolink Ventura County (VCTC).** Union Pacific and Ventura County Transportation Commission ("VCTC") entered an agreement on June 19, 2023, for

---

[6] "Feasibility Report on Proposed Amtrak Service Chicago-Rockford-Galena-Dubuque", Amtrak June 22, 2007, available at https://iowadot.gov/media/1931/download?inline=#:~:text=Between%20Elgin%20and%20Belvidere%2C%20a%20distance%20of%20nearly%2040%20miles%2C%20there%20is%20115%23%20continuous&text=track%20continuing%20westward%20from%20the%20end%20of%20Metra's%20ownership%20at%20Big%20Timber.

[7] The Union Pacific portion of the service is between Rockford and Elgin, Illinois.

[8] Memorandum of Agreement Between Union Pacific Railroad Company and Illinois Department of Transportation, Dec. 18, 2023.

[9] Seventh Amendment to Altamont Pass Trackage Rights Agreement Between Union Pacific Railroad Company and San Joaquin Regional Rail Commission (SJRRC), November 27, 2023. Union Pacific's initial trackage agreement with ACE, led by SJRRC, dated Aug. 27, 1997, provided for a § ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4

VCTC to continue to utilize franchise access rights to Union Pacific's lines adding three round trip trains to Metrolink service over 18.6 miles between Moorpark and Los Angeles, California.[10]

- **Pacific Surfliner (LOSSAN).** Union Pacific and Los Angeles-San Diego-San Luis Obispo Rail Corridor Agency ("LOSSAN") entered an agreement on December 15, 2022, for LOSSAN to continue to utilize franchise access rights to operate the Pacific Surfliner service over 175 miles of Union Pacific's lines between San Luis Obispo and Moorpark (northwest Los Angeles), to increase the frequency of service, and to establish an incentive-based performance payment.[11]

- **Rocky Mountaineer (ARM).** Union Pacific and American Rocky Mountaineer Service ("ARM") entered an agreement on June 30, 2021, for ARM to secure franchise access rights to Union Pacific's lines for service over 420 miles between Denver, Colorado, and Moab, Utah.[12]

b. **Union Pacific's Other Passenger Agreements Support the Economic Reasonableness of Its Offers.**

9. The previous commercial negotiations resulted in many outcomes that reflect willing buyers and willing sellers agreeing to fair market value rates for passenger rail to obtain franchise access to Union Pacific rail lines. Of course, the negotiations are not unilateral negotiations, and each of them was also impacted by the counter party's considerations. And those experiences allowed Union Pacific to obtain substantial price discovery (i.e., an understanding as to what rates are acceptable to the market). Based on the rates mutually agreed to by the parties in these other recent

---

[█████] } Altamont Pass Trackage Rights Agreement, UP and San Joaquin Regional Rail Commission (SJRRC), dated Aug. 27, 1997, p. 41. That agreement separately provided for {█████████████████████████████ █████████} (*ibid*. at pp. 20-23) {███████████████████████} (*ibid*. at pp. 6-13, 37-39). The franchise access or trackage fee for ACE and later SJRRC's continued use of Union Pacific's lines to provide the ACE service was renegotiated in later amendments to the 1997 agreement, most recently in 2023. As amended, the current agreement between Union Pacific and SJRRC provides for a fixed annual Capital Access Usage Charge. Seventh Amendment to Altamont Pass Trackage Rights Agreement, UP and SJRRC, dated Nov. 27, 2023.

[10] Third Amendment to Commuter Train Access Agreement Between Ventura County Transportation Commission and Union Pacific Railroad Company, June 19, 2023.

[11] Passenger Rail Cooperative Agreement Between Los Angeles-San Diego-San Luis Obispo Rail Corridor Agency and Union Pacific Railroad Company, December 15, 2022.

[12] Passenger Rail Operating Agreement Between American Rocky Mountaineer Service and Union Pacific Railroad, June 30, 2021.

5

commercial negotiations, Union Pacific's offer is not only economically reasonable, but also conservative (i.e., low).

10. As noted above, Union Pacific's most recent offer for Metra's franchise access, equal to $18.50/train mile,[13] was informed by the recently negotiated commercial agreements for compensation for use of its lines by other passenger rail operations. Figure 1 presents a summary of Union Pacific's recently negotiated franchise access rates during the 2021 and 2023 period. The range in recently negotiated rates varies from { ▮ } per train mile,[14] all of which are higher than the Union Pacific rate offers to Metra. Similarly, the average of all of the recently negotiated rates is approximately { ▮ } per train-mile, which is much higher than the Union Pacific rate offers to Metra. Thus, Union Pacific's most recent rate offer is conservative and reflects an effective discount to the recently negotiated franchise access rates by Union Pacific.

---

[13] (Proposed) Passenger Rail Operating Agreement, Metra and UP, proposed effective date July 1, 2025, Exhibit F, p. 2.

[14] I also understand certain agreements are structured with much higher future rates. For example, the per train-mile rate for { ▮ ▮ }

6

Figure 1: Recently Negotiated Franchise Access Rate Agreements by Union Pacific

| Agreement | Date | Mile Access Fee 2025 | Miles | per Week | Notes |
|---|---|---|---|---|---|
| UP – IDOT Rockford | 12/18/2023 | { ██ } | 47.5 | 14 | 1 |
| UP – Altamont Corridor Express (ACE) | 11/27/2023 | { ██ } | 88.8 | 40 | 2 |
| UP – Metrolink Ventura (VCTC) | 6/19/2023 | { ██ } | 18.6 | 3 | 3 |
| UP – Pacific Surfliner (LOSSAN) | 12/15/2022 | { ██ } | 175.0 | 182 | 4 |
| UP – Rocky Mountaineer (ARM) | 6/30/2021 | { ██ } | 420.0 | 2 | 5 |
| **Average** | | { ██ } | 150.0 | 48.2 | |

**Notes and Sources**

1. Memorandum of Agreement Between Union Pacific Railroad Company and Illinois Department of Transportation, dated Dec.18, 2023, Exhibits B and C. Per-train-mile rate calculation in HC Carey_WP_UP Agreements.xlsx; mileage obtained from "Feasibility Report on Proposed Amtrak Service Chicago-Rockford-Galena-Dubuque", Amtrak June 22, 2007, available at https://iowadot.gov/media/1931/download?inline=#:~:text=Between%20Elgin%20and%20Belvidere%2C%20a%20distance%20of%20nearly%2040%20miles%2C%20there%20is%20115%23%20continuous&text=track%20continuing%20westward%20from%20the%20end%20of%20Metra's%20ownership%20at%20Big%20Timber.
2. Seventh Amendment to Altamont Pass Trackage Rights Agreement Between Union Pacific Railroad Company and San Joaquin Regional Rail Commission (SJRRC), November 27, 2023. Per-train-mile rate calculation in HC
3. Third Amendment to Commuter Train Access Agreement Between Ventura County Transportation Commission and Union Pacific Railroad Company, dated June 19, 2023, page 2.
4. Passenger Rail Cooperative Agreement Between Los Angeles-San Diego-San Luis Obispo Rail Corridor Agency and Union Pacific Railroad Company, dated December 15, 2022, Exhibit A.
5. Passenger Rail Operating Agreement Between American Rocky Mountaineer Service and Union Pacific Railroad, dated June 30, 2021, Exhibit 4.

11. These recently negotiated agreements by Union Pacific for franchise access with other passenger rail service providers are also substantially higher than Metra's suggested rates of approximately $8.00 per train mile (or less).[15]

12. From an economic perspective, the more recently negotiated agreements (such as those Union Pacific entered into in the past few years) are particularly useful measures to determine the economic reasonableness for a franchise access price. Use of a similar time frame is helpful as such agreements

---

[15] Metra has proposed annual compensation of between $6.7 million and $16.9 million. Annual compensation of $6.7 million and annual train miles of 2.2 million equals $3.0 per train mile ($6.7 / 2.2 = $3.05). Annual compensation of $16.9 million and annual train miles of 2.2 million equals $7.68 per train mile ($16.9 / 2.2 = $7.68). Recognizing that actual train miles may vary, I use 2.2 million annual train miles for Metra's service on UP Lines based on a 2025 train mile estimate provided by Union Pacific. See

7

reflect the economic value of that point in time. Newer agreements would more closely reflect the current economic value. This is particularly relevant for long-term agreements that have prices negotiated once in a 10 to 20 year period, which may have some expectations of future conditions incorporated. Newly negotiated agreements will use the actual current economic value, which includes any difference from expected and actual changes.

13. In considering reasonable comparisons, it is helpful to include examples with similar economic circumstances. Looking to other similar examples or similar companies as a comparison is one such approach. Upon investigation, I note the following. First, these agreements all provide the same basic service—access to Union Pacific's rail lines for passenger operations. Second, as just discussed, the recently negotiated Union Pacific rates are within a reasonable time horizon of Union Pacific's offer to Metra. Indeed, if the market value has continued to rise since the time these other agreements were entered into (above the expected future value), the negotiated rate may be a conservative estimate of the current economic value. Furthermore, focusing on the Chicago area region, there are several examples showing rates that are higher than Union Pacific's offer, including the UP IDOT agreement and the rate Northern Indiana Commuter Transportation District ("NICTD") pays to Metra for certain new service (the latter is discussed below).

14. Lastly, I note that the franchise access agreements related to California for LOSSAN and VCTC are in geographic areas that have reasonably comparable economic characteristics in terms of per capita income as the UP Lines for Metra, which further supports comparability. Looking at the macroeconomic statistics of per capita personal income, the Los Angeles-Long Beach-Anaheim, CA area averages $80,898 per year, and the Chicago-Naperville-Elgin, IL-IN-WI area averages $77,429

---

(Proposed) Passenger Rail Operating Agreement, Metra and UP, proposed effective date July 1, 2025, Exhibit D; UP Internal Analysis, Historical Franchise Access Fee, May 16, 2025, (Copy of Franchise Access Fee Engr Other Costs 20250516.pdf.). 2.2 million train miles is Union Pacific's estimate of annual Metra train miles on the UP Lines.

per year. These metropolitan areas are both in the top 10 percent of the country—the Los Angeles area ranks 24th out of 384 while the Chicago area ranks 37th out of 384 in the country.[16]

15. In sum, the recently negotiated agreements between Union Pacific and other passenger rail providers is strong evidence of the economic reasonableness of Union Pacific's most recent $18.50[17] per train mile offer to Metra. The access rates for those agreements—which are on average {░░░░} per train mile—are notably higher than Union Pacific's offer to Metra, thus showing that Union Pacific's offer is not only economically reasonable but conservative.

### c. Numerous Metra Agreements Support the Economic Reasonableness of UP's Offers.

16. I identified several Metra Agreements with a market value which validate the economic reasonableness of Union Pacific's proposed rate of $18.50[18] per train-mile.

17. First, Metra itself is compensated by another commuter rail system, NICTD, at a substantially higher rate (in dollars per train-mile) than Union Pacific has offered Metra. In late 2023, the NICTD agreement was extended through 2029 with a compensation payment to Metra of $8.8 million annually or $44.87 per train mile for commuter rail service between Millenium Station and Kensington, Illinois.[19] NICTD has further agreed to pay Metra a $8.0 million one-time access fee and a $25.8 million capital contribution for two new commuter passenger services with planned in-service dates in 2024 and 2025.[20] On a future value basis, these payments equate to an annual per-train-mile access fee of $34.12 and $66.41[21] for the two new services. Metra is a sophisticated market participant who

---

[16] Bureau of Economic Analysis, "Personal Income by County, Metro, and Other Areas", available at https://www.bea.gov/data/income-saving/personal-income-county-metro-and-other-areas.

[17] (Proposed) Passenger Rail Operating Agreement, Metra and UP, proposed effective date July 1, 2025, Exhibit F, p. 2.

[18] (Proposed) Passenger Rail Operating Agreement, Metra and UP, proposed effective date July 1, 2025, Exhibit F, p. 2.

[19] Base rate for 2025-2029 for NICTD service is $44.90 per train-mile: $8,826,645 "Base Compensation" divided by 196,600 annual train-miles. METRA-043416, Trackage Rights Agreement, Metra and NICTD, pp. 25-27.

[20] New service for Northwest Indiana Doubletrack appears have been placed in service on or about May 2024. Website of Double Track NWI, General Information, available at https://www.doubletrack-nwi.com/about/general-info; new service for West Lake Corridor appears to remain under construction. Website of West Lake Corridor, Construction Updates, last visited May 21, 2025, available at https://www.nictdwestlake.com/construction/.

[21] See HC Carey WP_UP Agreements.xlsx.

9

agreed to an access rate with another Chicago-area railroad that was substantially higher than the Union Pacific proposed rate.

18. Second, Metra also negotiated an access rate to use Canadian National ("CN") rail lines for passenger rail service between Franklin Park in Chicago and Antioch, Illinois, near the Wisconsin border, that has an estimated current franchise access rate that is approximately equal to $19.76 per train-mile based on current usage levels.[22] This older access agreement had a rate escalation provision to adjust the rate to the current estimated $19.76 per train-mile franchise access rate. This is well in excess of the approximately $8.00—or less—per train-mile franchise access rate that Metra currently indicates is appropriate to pay Union Pacific.[23]

19. Third, Metra is compensated by Wisconsin Central, Ltd., a CN subsidiary, approximately $25.88 per-train-mile for use of Metra-owned rail lines between Franklin Park and Cragin, Illinois.[24] While this is an older agreement, it is regionally proximate to Union Pacific's Metra passenger service.

### d. Several Other Railroad Passenger Agreements Support the Economic Reasonableness of UP's Offer.

20. I identified several other economic indicia of market value which validate the economic reasonableness of Union Pacific's proposed rate of $18.50 per train-mile.

21. Numerous other railroads have entered into commuter rail system franchise access agreements that I identified with publicly available information. I was unable to obtain the specific agreements but was able to calculate the basic per train mile access fee based on access fee information that I located in public documents. Without access to the specific commuter rail agreement, it is possible that the terms and conditions of those agreements would render them ill-suited comparable agreements for the Union Pacific offer to Metra or require adjustments to the comparable access price on a per train-mile basis. But it would be entirely reasonable to look at publicly available information about the price paid by local government authorities to secure similar access as

---

[22] Base rate for 2025 actual usage of Metra service on CN is $19.76 per train-mile: $2,901,861 "Base Rental" (escalated by CPI annually beginning Jan. 1, 1999, from $1,500,000 in 1995-1998) divided by 148,512 annual train-miles. Trackage Right Agreement, Metra and CN, dated Aug. 25, 1995.

[23] *See* n.15 *supra.*

[24] Calculation assumes the continued applicability of the relevant trackage agreement. Trackage Rights Agreement, Metra and CN, dated Oct. 1, 1996, p. 2., establishing a fixed monthly "Base Rental" access fee and an escalation pursuant to the Consumer Price Index. The term of the Metra-CN agreement is extended by multiple subsequent amendments through at least June 30, 2014. METRA-046632, Amendment No. 9 to the Trackage Rights Agreement, Metra and CN, dated Jun. 6, 2013.

confirmation that the market-based price developed by Union Pacific is economically reasonable. Here, I was able to review the same public information regarding other agreements that would have been available to Union Pacific and Metra in their negotiations. The numerous exemplars of other rail carriers commercially negotiated arm's-length franchise access agreements at price levels well above the Metra offer and even often significantly higher than the Union Pacific offer that provide substantial support for the Union Pacific proposal as an economically reasonable rate.

Case 1:25-cv-02439-D Document #: 46-5 Filed: 09/18/25 Page 13 of 19 PageID #:1905
REDACTED FOR PUBLIC INSPECTION

Figure 2: Current Franchise access Rates for Other Railroads[25]

| Agreement | Agreement Date | Per-Train-Mile Access Fee 2025 | Miles | Trains per Week | Notes |
|---|---|---|---|---|---|
| Metra – NICTD, Millenium to Kensington | 10/12/2023 | $44.87 | 14.5 | 72 | 1 |
| Metra – NICTD, Northwest Indiana | 10/12/2023 | $34.12 | 26.6 | 70 | 1 |
| Metra – NICTD, West Lake | 10/12/2023 | $66.41 | 8.0 | 60 | 1 |
| CN – Metra, North Central Line | 8/25/1995 | $25.88 | 40.8 | 14 | 2 |
| Metra – CN, Chicago | 10/1/1996 | $19.76 | 6.0 | 56 | 3 |
| CSX – Virginia Railway Express (VRE), Fredericksburg Line | 3/26/2021 | $43.94 | 59.4 | 88 | 4 |
| NS – Virginia Railway Express (VRE), Manassas Line | N/A | $46.82 | 25.0 | 88 | 5 |
| AMTRAK – SEPTA | N/A | $22.50 | 28.8 | 1792 | 6 |
| **Average** | | **$38.04** | **26.1** | **280** | |

**Notes and Sources**

1 Second Amendment to the Trackage Rights Agreement Between Metra and Northern Indiana Commuter Transportation District, dated October 12, 2023, pages 1-4.
2 METRA-046422. Trackage Right Agreement, Metra and CN, dated Aug. 25, 1995.
3 METRA-046572, Trackage Rights Agreement, Metra and CN, dated Oct. 1, 1996.
4 Calculated rate and statistics based upon *Virginia Railway Express, Fiscal Year 2026, Recommended* Budget *for FY2026, Amended Budget for FY 2025, Capital Improvement Plan*, pages 18, 28. Available at: https://www.vre.org/assets/1/6/Budget_FY_2026.pdf. Miles based on PC Miler (between Cameron and Bristow Station).
5 Calculated rate and statistics based upon *Virginia Railway Express, Fiscal Year 2026, Recommended* Budget *for FY2026, Amended Budget for FY 2025, Capital Improvement Plan*, pages 18, 28. Available at: https://www.vre.org/assets/1/6/Budget_FY_2026.pdf. Miles based on PC Miler and Google Maps (between L'Enfant Station and Spotsylvania Station).
6 Calculated rate and statistics based upon SEPTA Amtrak Trackage information. Available at: https://septa.patternstream.cloud/BudgetBook/index.html#t=SEPTA_Proposed_Operating_Budget%2FCapitalBudget_12-YearProgram%2FAmtrak_Trackage.htm&rhsearch=amtrak&rhhlterm=amtrak&rhsyns=%20 and https://www.septa.org/schedules.

22. At the end of 2021, CSX Transportation entered into a franchise access agreement with the Virginia Railway Express ("VRE").[26] Based on its 2025 fiscal budget, a $10 million annual fee associated with approximately 241,877 train miles per year, VRE's estimated access rate is $43.94 per train mile for 2025.[27]

23. VRE has another access agreement with Norfolk Southern for access to the Manassas Line. As

12

noted above, I do not have access to the agreement, but I was able to review certain publicly available information. Based on its 2025 fiscal budget, VRE's negotiated access rate with Norfolk Southern is approximately $46.82 per train mile for 2025.[28] This rate is calculated based on the forecasted budget for access fees to Norfolk Southern of $4,766,000 in FY2025 and 101,800 train miles per year across the Manassas Line.[29]

24. Southeastern Pennsylvania Transportation Authority ("SEPTA") pays Amtrak for SEPTA's use of Amtrak tracks to operate the Trenton, Wilmington/Newark and Paoli/Thorndale Regional Rail service, and portions of the Chestnut Hill West, Airport, and Cynwyd Regional Rail Lines.[30] Based on SEPTA's 2025 fiscal budget, the access fee for these lines is approximately $22.50 per train-mile. Fifth, it is not surprising to see relatively sizeable increases in rates after an extended period of time.

25. The current Purchase of Service Agreement ("PSA") that governs the Union Pacific/Metra relationship had a start date in 2010, and the impact of any economic changes affecting the franchise access component would impact the value of the asset and market prices for access over time. Indeed, for a long-term transportation agreement that faces termination, it is common for any such newly negotiated agreement to set a new price based on current market conditions, which can be markedly different from prior market conditions. In particular, the current base rate paid by Metra for service on

---

[25] *See* HC Carey WP_UP Agreements.xlsx.

[26] Passenger Rail Operations and Access Agreement Between The Virginia Department of Rail and Public Transportation and Northern Virginia Transportation Commission and Potomac and Rappahannock Transportation Commission, Owners and Operators of the Virginia Railway Express Concerning Commuter Passenger Rail Service, dated March 26, 2021, page 3. Available at: https://vapassengerrailauthority.org/wp-content/uploads/2021/06/VRE-DRPT-OPERATING-AND-ACCESS-AGREEMENT_EXECUTION-VERSION_FINAL2.pdf.

[27] *See* HC Carey WP_UP Agreements.xlsx.

[28] Virginia Railway Express, Fiscal Year 2026, Recommended Budget for FY2026, Amended Budget for FY 2025, Capital Improvement Plan, pages 18, 28. Available at: https://www.vre.org/assets/1/6/Budget_FY_2026.pdf.

[29] Virginia Railway Express, Fiscal Year 2026, Recommended Budget for FY2026, Amended Budget for FY 2025, Capital Improvement Plan, pages 18, 28. Available at: https://www.vre.org/assets/1/6/Budget_FY_2026.pdf.

[30] SEPTA, FY2025 Budget Book Amendment, page 230. Available at: https://wwww.septa.org/wp-content/uploads/page/planning/FY-2025-Budget-Book-Amendment-Full.pdf.

the UP Lines was agreed to in the anomalous COVID year of 2021 via the Sixth Amendment to the PSA,[31] which was just before a period of substantial economic expansion and rapid inflation.

### e. Several Other Economic Indicia Demonstrate the Economic Reasonableness of UP's Offers.

26. Market conditions have changed rapidly in the past few years with property value rising steeply. In just over two years, property value in Cook County, Illinois has increased nearly 20% from 2020 to 2022,[32] and robust growth has continued since then.[33] Also, although the Sixth Amendment (dated January 2021), which set the compensation rate with a prior effective date of January 1, 2020, had an annual escalation of 2.9%, CPI increases exceeded that ever since: 4.7% (2021), 8% (2022), 4.1% (2023), 3.2% (2024).[34] Even in a more typical period, it would not be unusual to see an increase when exiting a prior agreement and entering a new one, but it is unsurprising that the economic disruption of the COVID pandemic had additional impact. In short, significant changes in economic conditions occurred that are beyond the modest escalation and other stop gap changes to the current rate under the PSA through amendments.

27. Sixth, another way to consider the overall reasonableness of Union Pacific's proposed rate for Metra is to consider the incremental difference in compensation between the two parties' proposed rates on the overall Metra system operations costs. The cost difference between the Union Pacific proposed rate and the Metra status quo rate (which is higher than the rate Metra would propose going forward) is approximately $19.7 million annually.[35] This $19.7 million is about 8.9% of the $222.5 million[36] total estimated costs for Metra's use of the UP Lines for commuter rail service based on

---

[31] Sixth Amendment to Purchase Service Agreement, UP and Metra, dated Jan. 22, 2021, Item B.1, providing for a specified increase in Railroad Additional Compensation as of Jan. 1, 2020, and annual escalation at 2.9% going forward.

[32] 20% = $757 billion / $631 billion. Estimated Full Value of Property in Cook County 2013-2022, at page 4. Available at https://civicfed.org/sites/default/files/2024-11/Estimated%20Full%20Value%20of%20Real%20Property%20in%20Cook%20County%202013-2022.pdf

[33] While full statistics are not available, the assessment cycle for 2024 demonstrates that an increase in value in Chicago occurred in the 2024 reassessment, which represents an increase of 23% over total assessed values in 2023. Cook County Assessor's Office Releases Final Chicago Reassessment Data, Cook County's Assessor Office, January 29, 2025, available at https://www.cookcountyassessor.com/Chicago2024.

[34] Federal Reserve Bank of Minneapolis, Consumer Price Index, 1913-. Available at: https://www.minneapolisfed.org/about-us/monetary-policy/inflation-calculator/consumer-price-index-1913-.

[35] $40.7 million – $21.0 million = $19.7 million. Union Pacific proposed franchise access rate of $18.50 per train mile is equivalent to an annual payment of $40.7 million. and Metra refers to a $21 million payment as a "status quo" compensation arrangement. (Proposed) Passenger Rail Operating Agreement, Metra and UP, proposed effective date July 1, 2025, Exhibit F, p. 2; Metra First Amended Complaint, Commuter Rail Division of the Regional Transportation Authority, d/b/a/ Metra v. Union Pacific Railroad Company, C.A. No. 25-cv-2439, p. 2.

[36] Based on Union Pacific's estimates from Union Pacific finance and the 2019 estimate of total monies paid by Metra to Union Pacific for full services in 2019.

Case: 1:25-cv-02439 Document #: 46-4 Filed: 09/08/25 Page 16 of 19 PageID #:1908
REDACTED FOR PUBLIC INSPECTION

Union Pacific's prior cost expenses for 2019. Any increased cost since would further reduce this percentage. Furthermore, the Metra system is far larger than just the business related to the UP Lines. For its total system operations, annual costs can be substantially higher, resulting in an even smaller overall cost impact of approximately 1.7% = $19.7 million / $1.14 billion).[37]

28. The franchise access compensation difference between the parties (and Union Pacific's overall proposed rate) reflects a small component of passenger service expenditures and is in stark contrast to the economic realities of the high value resource of the land for the UP Lines. Specifically, the UP Lines were recently appraised with a market value that is significantly higher than Union Pacific's proposed rate, as discussed below in the next section. In such an economic circumstance, the market signals in any typically functioning competitive market would readily lead to redeployment of the asset away from the sector where it had a perceived small economic value towards another sector in the economy where it could achieve its highest value that would be more consistent with the full economic value of the asset.

### f. The Appraisal Value of the UP Lines Further Demonstrates Reasonableness.

29. Union Pacific commissioned an appraisal of the UP Lines to determine the current market value. The conclusion from the September 2024 valuation report completed by RMI ("RMI Report") was that the land associated with the relevant corridors is highly valuable.[38] Notably, RMI valued only the land underlying the corridor and excluded the valuation of rail and building improvements.[39] The

---

[37] *Metra 2025 Operating Budget & Capital Program*, p. 7, available at https://assets.metra.com/s3fs-public/2024-12/2025-Budget-Final.pdf?VersionId=iHEXbA5BXTHZkhwRdFHCWTgNlU0WH82h.

[38] Valuation of Union Pacific Railroad Company's Metra Lines … In Illinois and Wisconsin, RMI Valuation, September 5, 2024, p 2. (RMI Report).

[39] RMI Report, page 2.

15

RMI Report estimates the market value of the land for the UP Lines (as of September 2023) is approximately equal to { ███████ } as shown in Figure 3 below.

Figure 3: Land Value Appraisal for UP Lines[40]

| Name of Line | Type of Line | Valuation |
|---|---|---|
| West Line | Main | { ███ } |
| Northwest Line | Main | { ███ } |
| North Line | Main | { ███ } |
| Northwest McHenry Branch | Branch | { ███ } |
| **Total** | - | { ███ } |

Notes and Sources
[1] RMI Valuation Report, p. 3.

30. The RMI Report values the land of the UP Lines using the Corridor Valuation Methodology, whereby the land is valued first based on the value of adjacent land (Across-the-Fence or "ATF" value) through actual sales deemed comparable,[41] and then adjusted by a corridor factor to reflect its highest and best use recognizing a higher market value is achievable with assembly of adjacent land as a

---

[40] RMI associated each sales group with a specified land use and adjusted the observed comparable sales values based on one or more or the following factors based on quantitative and qualitative analysis: size, market conditions, community, income level, commercial type, percentage wetlands. RMI Report, page 48.

[41] RMI associated each sales group with a specified land use and adjusted the observed comparable sales values based on one or more or the following factors based on quantitative and qualitative analysis: size, market conditions, community, income level, commercial type, percentage wetlands. RMI Report, page 50-52.

16

corridor.[42] The approach is a reasonable way to determine the economic value of the land associated with the UP Lines that Metra seeks to use.

31. The UP Lines traverse and serve many high-income suburban neighborhoods.[43] City of Chicago socioeconomic data confirms that Chicago's North, Northwest, and West areas are its most affluent.[44] As discussed above, the income profile of Chicago is robust.[45]

32. The { ▮▮ } market value of the land underlying the UP Lines is substantial and strong quantitative evidence of a high economic value of the corridor, and therefore also supports the reasonable compensation rate for use of the UP Lines by Metra as offered by Union Pacific.

33. Union Pacific's offer of $18.50 per train mile or an implied $40.7 million payment per year is about { ▮ } of the { ▮▮ } value of the land of the UP Lines as determined by RMI.[46] Thus, one can consider Union Pacific's proposed rate of $18.50 per train-mile for franchise access by Metra as a { ▮ } rental rate or rate of return or investment yield. This would be a very low rate of return, as discussed below.

34. The high value of the land owned by Union Pacific represents the opportunity cost for which it could rent in the marketplace to other willing users seeking access and receive market value compensation. This rate of return based on valuation is another reasonable way to determine economic

---

[42] RMI Report, pp. 27-28. This method recognizes that corridor land has higher market value than comparable sales of adjacent land not assembled into a corridor, and it establishes the value differential by a corridor factor based on market data for the sales of similar corridor. RMI Valuation based its corridor factors for the subject land on a database of the sales of 52 corridors actively used as rail lines at the time of sale, which exhibited an average corridor factor of 1.88 time their ATF value.

[43] Desirable neighborhoods served by the UP Lines include Near West Side Chicago Neighborhoods, Western Chicago Suburbs, Northwest Chicago Suburbs, North Side Chicago Neighborhoods, Far North Side Chicago Neighborhoods, and North Shore Chicago Neighborhoods. *Fulton Grace: Chicago Real Estate by Neighborhood*, available at https://www.seechicagorealestate.com/chicago-neighborhoods/; *see also* MG Group, "Best Neighborhoods in Chicago for Commuters." Available at: https://mggroupchicago.com/best-neighborhoods-in-chicago/.

[44] Socioeconomic and City Data Comparison Dashboard, City of Chicago, Inspector General, available at https://igchicago.org/information-portal/data-dashboards/socioeconomic-and-city-data-comparison-dashboard/.

[45] Per capita income in 2023 in the Chicago-Naperville-Elgin, IL-IN-WI (MSA) of $77,429 compares to Los Angeles County, CA at $78,302. The Federal Reserve Bank of St. Louis, Per Capita Personal Income, available at: https://fred.stlouisfed.org/series/CHIC917PCPI and https://fred.stlouisfed.org/series/PCPI06037.

[46] 1% = $40.7 /$4,100 (million). Even considering Metra's use of the lines vs Union Pacific, results in a payment of { ▮▮▮ ▮▮▮ } related to Metra's use. Approximately { ▮▮▮▮▮▮ } is associated with Metra trains based on the share of trains. 70 /76 trains on the North line are Metra. 70/72 trains on the North line are Metra. On the west line 55/100 trains are Metra. UP-Metra-001560 Union Pacific Railroad, Metra Financial Proposal "Reiterated", July 25, 2024, page 3.

17

value and plainly demonstrates that Union Pacific's latest offer to Metra is economically reasonable and conservative given the high value of these rail corridors in Chicago.

35. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. If called as a witness, I could and would so testify.

Dated: _____6/17/2025_____

*Julie M. Carey*

Julie M. Carey