IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY<br><br>Plaintiff,<br><br>v.<br><br>COMMUTER RAIL DIVISION OF REGIONAL TRANSPORTATION AUTHORITY, d/b/a METRA<br><br>Defendant. | Case No. 1:25-cv-10785 |

**UNION PACIFIC RAILROAD COMPANY NOTIFICATION OF AFFILIATES**

Under Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Union Pacific Railroad Company states that it is wholly owned by Union Pacific Corporation, a publicly traded corporation. There are two entities that own 5% or more of the stock of Union Pacific Corporation. The Vanguard Group owns 9.65% stock and BlackRock, Inc. owns 7.01%. Union Pacific Corporation is publicly traded on the New York Stock Exchange under the symbol "UNP."

Dated: September 8, 2025

/s/ *Bruce R. Braun*
Bruce R. Braun
Charles K. Schafer
Andrew F. Rodheim
SIDLEY AUSTIN LLP

One South Dearborn Street
Chicago, IL 60603
(312) 853-7050
bbraun@sidley.com
cschafer@sidley.com
arodheim@sidley.com

Raymond A. Atkins (*pro hac vice pending*)
Tobias S. Loss-Eaton (*pro hac vice pending*)
Ogemdi Maduike (*pro hac vice pending*)
SIDLEY AUSTIN LLP

1501 K Street NW, Suite 600
Washington, DC 20005
202-736-8000


*Attorneys for Plaintiff*
*Union Pacific Railroad Company*