421454
**Law Firm Ref#: 091491-43350**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNION PACIFIC RAILROAD COMPANY,

        **Plaintiff(s),**

VS

Case No.: **1:25-cv-10785**

COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY d/b/a METRA,

        **Defendant(s).**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Mitchell** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY d/b/a METRA**

I, Served the within named INDIVIDUAL/ENTITY on **9/9/2025 at 1:08 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Rochelle Holmes** (Title): **Receptionist** , a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Action; Complaint**

ADDRESS WHERE SERVED: **175 W Jackson Blvd Ste 1550, Chicago, IL 60604-2705**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **African American** - Hair: **Black** - Approx. Age: **50-55** - Height: **5'8** - Weight: **130**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

                                          Michael Mitchell, Process Server
                                          Dated: 9/12/2025



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

421454
Order #:421454/ILPRF441

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Commuter Rail Division of the Regional Transportation Authority, d/b/a metra
was received by me on *(date)* 9/9/25 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rochelle Holmes, Receptionist , who is
designated by law to accept service of process on behalf of *(name of organization)* Commuter Rail Division of the Regional Transportation Authority d/b/a metra on *(date)* 9/9/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/11/2025

Server's signature

Michael Mitchell, Process Server
Printed name and title

134 N LaSalle St. Ste 1410, Chicago, IL 60602
Server's address

Additional information regarding attempted service, etc: