AO 440 (Rev. 06/12) Summons in a Civil Action  - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

| | | |
|---|---|---|
| **Union Pacific Railroad Company** | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:25-cv-10785 |
| v. | ) ) ) | |
| Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra | ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra
175 W. Jackson Blvd, Suite 1550
Chicago, IL 60604

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce R. Braun
Sidley Austin LLP
1 South Dearborn
Chicago, Illinois 60603

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK



September 8, 2025

_____

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra

was received by me on *(date)* ___9/16/2025___ .

' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* Anyah Akanni, Legal Assistant _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra on *(date)* 9/16/2025 ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___9/18/2025___

_____
*Server's signature*

Michael Mitchell, Process Server
_____
*Printed name and title*

134 N. LaSalle Street, #1410 Chicago, IL 60602
_____
*Server's address*

IYS Server#: 422146

Additional information regarding attempted service, etc:

422146
**Law Firm Ref#: 091491-43350**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNION PACIFIC RAILROAD COMPANY,                                    Case No.: **1:25-cv-10785**

      **Plaintiff(s),**

  VS

COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY,
d/b/a METRA,

      **Defendant(s).**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Mitchell** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra**

I, Served the within named INDIVIDUAL/ENTITY on **9/16/2025 at 3:13 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Anyah Akanni** (Title): **Legal Assistant** , a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Action; Complaint**

ADDRESS WHERE SERVED: **547 W Jackson Blvd Ste 1400, Chicago, IL 60661-5725**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **African American** - Hair: **Black** - Approx. Age: **35-40** - Height: **5'9** - Weight: **130**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

                                 _____

                                 Michael Mitchell, Process Server
                                 Dated: 9 / 18 / 2025



                                 It's Your Serve, Inc.
                                 134 N. LaSalle Street, #1410
                                 Chicago, IL 60602
                                 (312) 855-0303

                                                        422146
                                   Order #:422146/ILPRF441