# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Union Pacific Railroad Company
                                                        Plaintiff,

v.                                                      Case No.: 1:25−cv−10785
                                                        Honorable Franklin U. Valderrama

Commuter Rail Division of the Regional
Transportation Authority
                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 2, 2025:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants attorneys Paul W. Hughes, Mary H. Schnoor, and Emmett Witkovsky−Eldred's motions for leave to appear pro hac vice [20] [22] [23]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.