UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Union Pacific Railroad Company,<br><br>          Plaintiff,<br><br>v.<br><br>Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra<br><br>          Defendant. | C.A. No. 25-cv-10785 |

## DEFENDANT METRA'S NOTICE OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra, an Illinois municipal corporation, states that it is established under the Regional Transportation Act (70 ILCS 3615/3B.01), and no individual or entity owns, directly or indirectly, 5% or more of it.

Dated: October 2, 2025      /s/ *Paul W. Hughes*

                  Paul W. Hughes (*pro hac vice*)
                  Mary H. Schnoor (*pro hac vice*)
                  Emmett Witkovsky-Eldred (*pro hac vice*)
                  MCDERMOTT WILL & SCHULTE LLP
                  500 North Capitol Street NW
                  Washington, DC 20001
                  (202) 756-8000
                  phughes@mwe.com

                  Matthew Madden
                  MCDERMOTT WILL & SCHULTE LLP
                  444 West Lake Street
                  Chicago, IL 60606-0029
                  (312) 984-3273
                  mmadden@mwe.com