**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br>*Plaintiff*,<br>v.<br>COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY, d/b/a METRA,<br>*Defendant*. | Case No. 1:25-cv-10785<br>Hon. Franklin U. Valderrama |

**JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING AND EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties jointly move for (1) leave for Plaintiff Union Pacific Railroad Company to file a supplemental pleading under Federal Rule of Civil Procedure 15(d) addressing events post-dating the complaint and (2) a 21-day extension of time for Defendant Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra, to respond to the complaint and supplemental pleading, to October 28, 2025.

1. On September 8, 2025, Union Pacific filed its complaint in this case, alleging that Metra has failed to pay the full compensation owed to Union Pacific under a contract between the two parties. As of the filing date, Union Pacific alleged that Metra had underpaid an invoice for July 2025. Since that time, Union Pacific contends that Metra has also paid to pay the full amounts owed for August 2025.

Union Pacific thus seeks leave under Rule 15(d) to file a supplemental pleading: "On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the

pleading to be supplemented." Fed. R. Civ. P. 15(d). No party will be prejudiced by this filing, which will simply update the existing claims to reflect the current facts. "The purpose and function of a supplemental pleading is to set forth new facts that have occurred since the filing of the original pleading and that affect the controversy and the relief sought, and to bring the action up to date." *Spencer Cnty. Redevelopment Comm'n v. AK Steel Corp.*, No. 3:09-cv-66, 2011 WL 3806947, at *2 (S.D. Ind. Aug. 26, 2011) (cleaned up). Metra consents to the filing of this supplemental pleading. If leave is granted, Union Pacific will file the supplemental pleading no later than October 10.

2. Union Pacific served the complaint on Metra on September 16, making Metra's responsive pleading due on October 7. Due to the press of counsel's other business, Metra requests a 21-day extension of time to respond to the complaint, to October 28. Union Pacific consents to this request.

For these reasons, the parties jointly request that the Court (1) grant leave for Plaintiff Union Pacific to file a supplemental pleading no later than October 10 and (2) grant Metra a 21-day extension of time to respond to Union Pacific's pleadings, to October 28, 2025.

October 3, 2025

Respectfully submitted,

*/s/ Tobias S. Loss-Eaton*
Bruce R. Braun
Charles K. Schafer
Andrew F. Rodheim
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, Illinois 60603
bbraun@sidley.com
312-853-7000

Raymond A. Atkins (*pro hac vice*)
Tobias S. Loss-Eaton (*pro hac vice*)
Ogemdi Maduike (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
ratkins@sidley.com
tlosseaton@sidley.com
oge.maduike@sidley.com

*Counsel for Plaintiff*
*Union Pacific Railroad Company*

*/s/ Paul W. Hughes*
Paul W. Hughes (*pro hac vice*)
Mary H. Schnoor (*pro hac vice*)
Emmett Witkovsky-Eldred (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com

Matthew Madden
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Chicago, IL 60606-0029
(312) 984-3273
mmadden@mwe.com

*Counsel for Defendant*
*Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra*