# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Union Pacific Railroad Company

                                            Plaintiff,

v.                                                              Case No.: 1:25−cv−10785

                                                                                                                                           Honorable Franklin U. Valderrama

Commuter Rail Division of the Regional Transportation Authority

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants the parties' joint motion for leave to file supplemental pleading and extend the time to respond to Plaintiff's complaint [29]. Plaintiff may file a supplemental pleading on or before 10/10/2025; Defendant's answer or other responsive pleading is due on or before 10/28/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.