

Paul W. Hughes
Attorney at Law
phughes@mwe.com
+1 202 756 8988

October 7, 2025

Thomas G. Bruton
Clerk of Court
United States District Court for the Northern District of Illinois

Re:     Refund Request: Pro Hac Vice Filing Fee Double Charge – Case Number 25-cv-10785

Dear Mr. Bruton:

    I write to request a refund of $150 for a double charge incurred in the submission of a pro hac vice motion in Case Number 25-cv-10785.

    On September 29, 2025, I filed a motion to appear pro hac vice. I terminated my first attempt to file the motion before filing the motion, but after being charged. On my second attempt, I successfully filed the pro hac vice motion, and I was charged the filing fee a second time.

    The Tracking ID for the erroneous charge is AILNDC-24129244.

    The Tracking ID for the correct charge is AILNDC-24129249.

    Thank you for your attention to this matter.

Sincerely,

*/s/ Paul W. Hughes*

Paul Hughes

**McDermott Will & Schulte**    500 North Capitol Street, N.W.  Washington D.C.  20001-1531  Tel +1 202 756 8000   Fax +1 202 756 8087

*US practice conducted through McDermott Will & Schulte LLP.*