**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, *Plaintiff*, v. COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY, d/b/a METRA, *Defendant*. | Case No. 1:25-cv-10785 |

## UNION PACIFIC'S FIRST SUPPLEMENTAL PLEADING

Under Federal Rule of Civil Procedure 15(d), Plaintiff Union Pacific Railroad Company submits this pleading to supplement the allegations in its operative complaint against Defendant Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra.

1. On September 8, 2025, Union Pacific filed its complaint in this case, alleging that Metra has failed to pay the full compensation owed to Union Pacific under the Condition of Entry, or COE. As of the filing date, Metra had underpaid an invoice covering July 2025, leaving an outstanding balance of $2,287,529.89. *See* Compl. ¶¶ 59–60 (Doc. 1).

2. On September 9, Union Pacific issued to Metra an invoice covering August 2025, which totaled $11,452,310.12. *See* Ex. A at 3. Subtracting a $9,343,078 payment Metra had made on August 15, this left a balance of $2,109,231.85 for August 2025. *See* Ex. B.

3. To date, Metra has failed to pay this balance. Thus, Metra now owes Union Pacific $4,396,761.74 for July and August 2025.

| | |
|---|---|
| October 10, 2025 | Respectfully submitted,<br><br>*/s/ Bruce R. Braun*<br>Bruce R. Braun<br>Charles K. Schafer<br>Andrew F. Rodheim<br>SIDLEY AUSTIN LLP<br>1 South Dearborn<br>Chicago, Illinois 60603<br>312-853-7000<br>bbraun@sidley.com<br>cschafer@sidley.com<br>arodheim@sidley.com<br><br>Raymond A. Atkins (*pro hac vice*)<br>Tobias S. Loss-Eaton (*pro hac vice*)<br>Ogemdi Maduike (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, DC 20005<br>202-736-8000<br>ratkins@sidley.com<br>tlosseaton@sidley.com<br>oge.maduike@sidley.com<br><br>*Counsel for Plaintiff*<br>*Union Pacific Railroad Company* |