

September 09, 2025

*Via Electronic Mail*

MR. BRET BROCKY
DIRECTOR, FINANCIAL ANALYSIS
METRA           FLR 9-EAST
547 W. JACKSON BOULEVARD
CHICAGO, ILLINOIS    60661

**RE: August COE Invoice**

Dear Mr. Brocky:

In accordance with Section 3.5 of the COE, attached is the August invoice in the total amount of $10,110,080.84. Union Pacific received Metra's payment of $9,343,078.27 on August 15, the remaining balance $2,109,231.85 is due on September 15, 2025.

If you have any questions, or need additional information, please let me know.

Sincerely,

*[signature: Nhuthuy Tran]*

UNION PACIFIC RAILROAD COMPANY
2 N Riverside Plz, Suite 1700
Chicago, IL 60606

Nhuthuy Tran
Metra Accounting Department

P 312-496-4707
F 402-501-1595
E nhtran@up.com

UNION PACIFIC RAILROAD COMPANY
1400 Douglas Street, STOP 1750
Omaha, Nebraska 68179-1750



```
METRA CHICAGO
NORTHEAST ILL RR CORP
MANAGER-ACCTS PAYABLE
547 W JACKSON BLVD
CHICAGO,IL  60661
```

| INVOICE NUMBER | 342545344 |
|---|---|
| INVOICE DATE | 9/9/2025 |
| DUE DATE | 09/15/2025 |
| ACCOUNT NUMBER | 20298 |
| CONTRACT NUMBER | COE100 |
| CUST REFERENCE | |
| CLASS | 12-METRA BILLING |

**DESCRIPTION:** COE AUGUST 2025.

**BILL FREQUENCY:** Monthly         **PERIOD COVERED:** 08/01/2025 to 08/31/2025

| Quantity | Type | Rate | Total |
|---|---|---|---|
| 1 | Number of Unit | $10,110,080.84 | $10,110,080.84 |

For correspondence, please email MARSCUSTOMERS@UP.COM

UNION PACIFIC RAILROAD TAX ID NUMBER - 94-6001323

Please remit payment using one of these methods:

| Please send checks to:<br>UNION PACIFIC RAILROAD COMPANY<br>P.O. BOX 7412567<br>Chicago, IL 60674-2568 | To pay online, click the link or scan the QR code.<br>Union Pacific Payment Link  |
|---|---|

TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, DETACH AND RETURN THIS PORTION WITH CHECK

| INVOICE NUMBER | 342545344 |
|---|---|
| INVOICE DATE | 9/9/2025 |
| DUE DATE | 09/15/2025 |
| ACCOUNT NUMBER | 20298 |
| CONTRACT NUMBER | COE100 |
| CUST REFERENCE | |
| CLASS | 12-METRA BILLING |

**UNION PACIFIC RAILROAD**
**STATEMENT OF CHARGES**

AUGUST, 2025

|  | LABOR | MATERIAL | OTHER | TOTAL |
|---|---|---|---|---|
| **CHARGES SYSTEMATICALLY ASSIGNED** | | | | |
| Engineering | $2,078,382 | $403,028 | $578,118 | $3,059,529 |
| Custodian-Tower Operator-Admin-Other | $246,260 | $22,591 | $251,902 | $520,753 |
| Subtotal | $2,324,642 | $425,619 | $830,020 | $3,580,281 |
| **CHARGES NOT SYSTEMATICALLY ASSIGNED** | | | | |
| Franchise Access Fee | $0 | $0 | $4,125,278 | $4,125,278 |
| Performance Payment | $0 | $0 | $0 | $0 |
| Special Trains | $0 | $0 | $37,759 | $37,759 |
| Communications | $38,174 | $31,774 | $83 | $70,031 |
| Joint Facilities | $0 | $0 | $16,991 | $16,991 |
| Rail Testing | $0 | $0 | $0 | $0 |
| Roadway Machines | $25,527 | $94,997 | $13,010 | $133,534 |
| Work Equipment | $3,446 | $5,545 | $8,892 | $17,883 |
| Work Train Service | $179,277 | $72 | $0 | $179,349 |
| Dispatching | $88,522 | $0 | $0 | $88,522 |
| Crew Calling | $39,207 | $3,174 | $13,542 | $55,924 |
| Time Keeping | $20,046 | $723 | $723 | $21,492 |
| Property Tax | $0 | $0 | $255,779 | $255,779 |
| Subtotal | $394,199 | $136,285 | $4,472,057 | $5,002,542 |
| Material and Labor Additive  (5.6762%) |  | $31,895 |  | $31,895 |
| System Labor Additive  (55.0%) | $1,495,363 |  |  | $1,495,363 |
| **TOTAL CURRENT MONTH CHARGES** | **$4,214,205** | **$593,800** | **$5,302,077** | **$10,110,080.84** |

| Prior Period: | |
|---|---|
| Medical Expense | $ - |
| May True-up | $ 1,342,229.28 |
| **TOTAL AMOUNT DUE** | **$ 11,452,310.12** |
| Metra Payment (August 15) | $ (9,343,078) |
| **REMAINING BALANCE DUE** | **$ 2,109,231.85** |