

August 15, 2025

Nhuthuy Tran
1400 Douglas St.
Omaha, NE 68179
via email Nhtran@up.com

Re: Estimated August 2025 Invoice

Nhuthuy,

As previously communicated, Metra does not accept the terms of Union Pacific's unilateral "Condition of Entry" for its operations on the UP Lines. Metra is remitting payment in accordance with how the parties operated through June 30, 2025.

The breakdown of Metra's electronic payment to UP is as follows:

| | |
|---|---:|
| August 2025 Base Compensation | $7,745,292.00 |
| August 2025 Additional Compensation | $255,556.99 |
| May Settlement | $1,342,299.28 |
| **Total Payment to Union Pacific** | **$9,343,078.27** |

Please let me know if you have any questions.

Best,

Jeff Liang

CC: J. Milano
T. Stuebner
W. Benz
J. Kane

547 W. Jackson Boulevard, Chicago, IL  60661  \  312-322-6900  \  metra.com