UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Union Pacific Railroad Company,<br><br>                                         Plaintiff,<br><br>v.<br><br>Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra,<br><br>                                        Defendant. | C.A. No. 25-cv-10785 |

**DEFENDANT METRA'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, STAY PROCEEDINGS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant the Commuter Rail Division of the Regional Transportation Authority (Metra) hereby moves the Court to dismiss for lack of subject matter jurisdiction and for failure to state a claim, or, in the alternative, to stay proceedings pending the final resolution of ongoing proceedings before the Surface Transportation Board.[1]

This motion is supported by the accompanying Memorandum of Law and exhibits attached thereto.[2] For the reasons fully set forth in the Memorandum of Law, this Court lacks subject matter jurisdiction over the complaint filed by Plaintiff Union Pacific Railroad Company, which is an improper collateral attack on an order of the Surface Transportation Board (STB).

---

[1] *See Commuter Rail Division of the Regional Transportation Authority d/b/a Metra—Terminal Trackage Rights—Union Pacific Railroad Company*, FD No. 36844 (S.T.B.).

[2] For the Court's convenience, Metra has provided as exhibits copies of publicly accessible records from pending judicial and agency proceedings, including orders of the Surface Transportation Board.

For the same reasons, the complaint fails to state a claim. In the alternative, because the ongoing STB proceeding will resolve this dispute, or at least provide further necessary factual development, a stay pending the outcome of that proceeding is prudent to preserve judicial and party resources.

Metra respectfully requests that the Court grant this Motion to Dismiss, adopt Metra's proposed order, and dismiss Plaintiff's complaint in its entirety.

Dated: October 28, 2025

Respectfully submitted,

/s/ *Paul W. Hughes*

Matthew Madden
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Chicago, IL 60606-0029
(312) 984-3273
mmadden@mwe.com

Paul W. Hughes (*pro hac vice*)
Mary H. Schnoor (*pro hac vice*)
Emmett Witkovsky-Eldred (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mwe.com

*Counsel for Defendant Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra*