# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Union Pacific Railroad Company

                                    Plaintiff,

v.                                                  Case No.: 1:25−cv−10785

                                                         Honorable Franklin U. Valderrama

Commuter Rail Division of the Regional Transportation Authority

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 30, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court sets the following briefing schedule on Defendant's motion to dismiss or in the alternative to stay proceedings [34]: Plaintiff's response due on or before 11/20/2025; Defendant's reply due on or before 12/8/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.