# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Union Pacific Railroad Company
                              Plaintiff,

v.                                                Case No.: 1:25−cv−10785
                                               Honorable Franklin U. Valderrama

Commuter Rail Division of the Regional Transportation Authority

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 26, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint initial status report [38], which informs the Court that the parties agree that discovery should not proceed until the motion to dismiss is resolved. Accordingly, the Court stays discovery until resolution of the pending motion to dismiss or in the alternative to stay proceedings [34]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.