**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| Union Pacific Railroad Company,<br><br>                                            Plaintiff,<br><br>v.<br><br>Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra,<br><br>                                            Defendant. | C.A. No. 25-cv-10785 |

**NOTICE**

On March 13, 2026, the Surface Transportation Board (STB) served the attached decision in the ongoing proceeding between the parties. The STB ordered a "60-day negotiation period, which will expire on May 12, 2026," after which the parties must "submit a joint report" that will "[i]dentify the issues on which the parties have reached agreement" and "[i]dentify with specificity any remaining issues that must be resolved." Ex. A at 5. Thereafter, "the Board may commence action to set compensation and conditions, if appropriate." *Id.* at 2.

1

Dated: March 18, 2026

Respectfully submitted,

/s/ *Paul W. Hughes*

Matthew Madden
McDermott Will & Schulte LLP
444 West Lake Street
Chicago, IL 60606-0029
(312) 984-3273
mmadden@mcdermottlaw.com

Paul W. Hughes (*pro hac vice*)
Mary H. Schnoor (*pro hac vice*)
Emmett Witkovsky-Eldred (*pro hac vice*)
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com

*Counsel for Defendant Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra*

2