## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Union Pacific Railroad Company

                                  Plaintiff,

v.

Commuter Rail Division of the Regional
Transportation Authority

                                  Defendant.

Case No.: 1:25−cv−10785
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 19, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of Defendant's notice of supplemental authority [44]. Plaintiff may file a response to the notice of supplemental authority, limited to 2 pages, by 3/26/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.