**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, <br><br> *Plaintiff,* <br><br> v. <br><br> COMMUTER RAIL DIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY, <br><br> *Defendant.* | No. 1:25-cv-10785 <br> Hon. Franklin U. Valderrama |

**UNION PACIFIC'S RESPONSE TO METRA'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Under the Court's March 19 order (Dkt. 45), Union Pacific responds to Metra's notice of supplemental authority (Dkt. 44). The STB's March 12 decision is largely irrelevant to Metra's motion to dismiss or stay. As Union Pacific explained, the state-law contract questions at issue here are simply separate from the issues that would be addressed in any potential future STB proceeding to set conditions and compensation for Metra's use of Union Pacific's lines. *See* Dkt. 37.

That said, the STB's decision underscores that *any* substantive agency action, even on those separate questions, is far in the future. Metra's October 2025 motion urged dismissal or a stay in part because the STB proceeding "already is underway." Dkt. 35 at 13. But in the March 12 decision, the STB denied as premature "Metra's … request for the Board to establish conditions and compensation for use of terminal facilities." Dkt. 44-1 at 7. The agency instead told the parties to keep negotiating, suggesting that, in 60 days, if the parties still have not reached agreement, "the Board *may* commence action to set compensation and conditions, *if appropriate*." *Id.*

at 2 (emphasis added). Thus, as Union Pacific warned, Metra's requested stay would be lengthy and indefinite. The resulting prejudice makes such a step unjustified here. *See* Dkt. 37 at 14.

March 25, 2025

Respectfully submitted,

*/s/ Tobias S. Loss-Eaton*
Bruce R. Braun
Charles K. Schafer
Andrew F. Rodheim
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, Illinois 60603
312-853-7000
bbraun@sidley.com
cschafer@sidley.com
arodheim@sidley.com

Raymond A. Atkins (*pro hac vice*)
Tobias S. Loss-Eaton (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
202-736-8000
ratkins@sidley.com
tlosseaton@sidley.com
oge.maduike@sidley.com

*Counsel for Plaintiff*
*Union Pacific Railroad Company*