## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Union Pacific Railroad Company, <br><br> Plaintiff, <br><br> v. <br><br> Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra, <br><br> Defendant. | C.A. No. 25-cv-10785 |

**NOTICE**

On May 22, 2026, Metra and Union Pacific filed the attached Joint Report in the ongoing proceeding between the parties before the Surface Transportation Board (STB). *See* Ex. A. The Joint Report was required by the STB's March 13, 2026 order, which Metra previously filed with the Court (ECF No. 44), and provides an update on the parties' negotiations regarding the conditions and compensation applicable to Metra's use of Union Pacific's Chicago-area lines pursuant to the STB's September 3, 2025, decision (ECF No. 35-1).

Dated: May 26, 2026

Respectfully submitted,

/s/ *Paul W. Hughes*

Matthew Madden
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Chicago, IL 60606-0029
(312) 984-3273
mmadden@mcdermottlaw.com

Paul W. Hughes (*pro hac vice*)
Mary H. Schnoor (*pro hac vice*)
Emmett Witkovsky-Eldred (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com

*Counsel for Defendant Commuter Rail
Division of the Regional Transportation
Authority, d/b/a Metra*

2