**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| Union Pacific Railroad Company,<br><br>                            Plaintiff,<br><br>v.<br><br>Commuter Rail Division of the Regional Transportation Authority, d/b/a Metra, now known as Commuter Rail Division of the Northern Illinois Transit Authority, d/b/a Metra,<br><br>                            Defendant. | C.A. No. 25-cv-10785 |

**NOTICE OF PARTY NAME CHANGE**

Metra hereby notifies the Court and all parties that, effective June 1, 2026, its legal name has changed from the Commuter Rail Division of the Regional Transportation Authority to the Commuter Rail Division of the Northern Illinois Transit Authority. *See* Illinois P.A. 104-0457 (replacing the Regional Transportation Authority with the Northern Illinois Transit Authority). Metra respectfully requests that the Clerk update the docket to reflect its name as "Commuter Rail Division of the Northern Illinois Transit Authority, d/b/a Metra." All future filings will use this updated name.

Dated: July 22, 2026

Matthew Madden
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Chicago, IL 60606-0029
(312) 984-3273
mmadden@mcdermottlaw.com

Respectfully submitted,

/s/ *Paul W. Hughes*

Paul W. Hughes (*pro hac vice*)
Mary H. Schnoor (*pro hac vice*)
Emmett Witkovsky-Eldred (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com

*Counsel for Defendant Commuter Rail
Division of the Regional Transportation
Authority, d/b/a Metra, now known as
Commuter Rail Division of the Northern
Illinois Transit Authority, d/b/a Metra*

2