**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

|  |  |
|---|---|
| Union Pacific Railroad Company,<br><br>                              Plaintiff,<br><br>v.<br><br>Commuter Rail Division of the Northern Illinois Transit Authority, d/b/a Metra,[1]<br><br>                              Defendant. | C.A. No. 25-cv-10785 |

**NOTICE**

On July 20, 2026, Metra and Union Pacific filed the attached Supplement to the Joint Report in the ongoing proceeding between the parties before the Surface Transportation Board (STB) that Metra previously filed with the Court (ECF No. 47-1). *See* Ex. A. The Supplement notes that the parties now are in substantial agreement as to an issue that the Joint Report had previously indicated as a topic of ongoing negotiations.

---

[1]    Effective June 1, 2026, pursuant to the Northern Illinois Transit Authority Act (Illinois P.A. 104-0457), the Regional Transportation Authority was replaced by the Northern Illinois Transit Authority. *See* ECF No. 49.

1

Dated: July 22, 2026                    Respectfully submitted,

                                          /s/ *Paul W. Hughes*

Matthew Madden                    Paul W. Hughes (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP     Mary H. Schnoor (*pro hac vice*)
444 West Lake Street             Emmett Witkovsky-Eldred (*pro hac vice*)
Chicago, IL 60606-0029         MCDERMOTT WILL & SCHULTE LLP
(312) 984-3273                 500 North Capitol Street NW
mmadden@mcdermottlaw.com     Washington, DC 20001
                               (202) 756-8000
                               phughes@mcdermottlaw.com

*Counsel for Defendant Commuter Rail Division of the Northern Illinois Transit Authority, d/b/a Metra*

2