# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Union Pacific Railroad Company

                        Plaintiff,

v.                                  Case No.: 1:25−cv−10785

                                  Honorable Franklin U. Valderrama

Commuter Rail Division of the Regional
Transportation Authority

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Defendant's notice of party name change [49], the Court directs the Clerk of the Court to update the docket to reflect Defendant's name as "Commuter Rail Division of the Northern Illinois Transit Authority, d/b/a Metra." Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.