**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| Union Pacific Railroad Company,<br><br>Plaintiff,<br><br>v.<br><br>Commuter Rail Division of the Northern Illinois Transit Authority, d/b/a Metra,<br><br>Defendant. | C.A. No. 25-cv-10785 |

**NOTICE**

On August 31, 2026, the Eighth Circuit issued a decision regarding Union Pacific Railroad Company's petition for review of the order of the Surface Transportation Board (STB) granting Metra terminal trackage rights over the three rail lines owned by Union Pacific in the Chicago area. *See* Ex. A. The parties have referenced that pending petition for review in previous submissions to the Court. *See, e.g.*, Motion to Dismiss, ECF No. 35 at 2, 7, 11. The Eighth Circuit remanded the matter to the STB for further proceedings consistent with its opinion.

Dated: September 1, 2026

Respectfully submitted,

/s/ *Paul W. Hughes*

Matthew Madden
McDermott Will & Schulte LLP
444 West Lake Street
Chicago, IL 60606-0029
(312) 984-3273
mmadden@mcdermottlaw.com

Paul W. Hughes (*pro hac vice*)
Mary H. Schnoor (*pro hac vice*)
Emmett Witkovsky-Eldred (*pro hac vice*)
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com

*Counsel for Defendant Commuter Rail Division of the Northern Illinois Transit Authority, d/b/a Metra*