**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Union Pacific Railroad Company

Plaintiff,

v.

Case No.: 1:25−cv−10785
Honorable Franklin U. Valderrama

Commuter Rail Division of the Northern Illinois Transit Authority

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 8, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court directs Defendant to file a response to Plaintiff's motion to lift the stay of discovery [57] on or before 9/11/2026. No reply will be permitted absent further order of Court. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.