**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| Union Pacific Railroad Company,<br><br>Plaintiff,<br><br>v.<br><br>Commuter Rail Division of the Northern Illinois Transit Authority, d/b/a Metra,<br><br>Defendant. | C.A. No. 25-cv-10785 |

# NOTICE

On October 1, 2026, following the Eighth Circuit decision (*see* ECF No. 55), the Surface Transportation Board altered the procedural schedule for ongoing proceedings relating to the conditions and compensation for Metra's use of the three rail lines owned by Union Pacific Railroad Company in the Chicago area. *See* Ex. A; *see also* ECF No. 53 (notifying the Court of the original procedural schedule). The STB observed that "the Eighth Circuit Court concluded that the Board's grant of terminal trackage rights to Metra under 49 U.S.C. § 11102(a), and the extent of those rights to the endpoints of Metra's current service, were in accordance with law. But the court also determined that the Board's 'pledge' to set compensation at a later date did not constitute 'adequate security' under § 11102, and it rejected the Board's finding that compensation had been adequately secured as a practical matter." Ex. A at 2.

The Board "require[d] the parties to file, by October 15, 2026, a proposal (jointly, if possible) regarding how the Board may adequately secure compensation to UP consistent with § 11102(a) and the Eighth Circuit's order, in the event compensation cannot be established by

March 1, 2027." Ex. A at 3. Additionally, the Board granted UP's "request" to "extend the procedural schedule by 90 days." *Id*.

Dated: October 5, 2026

Respectfully submitted,

/s/ *Paul W. Hughes*

Paul W. Hughes (*pro hac vice*)
Mary H. Schnoor (*pro hac vice*)
Emmett Witkovsky-Eldred (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
phughes@mcdermottlaw.com

*Counsel for Defendant Commuter Rail Division of the Northern Illinois Transit Authority, d/b/a Metra*

Matthew Madden
MCDERMOTT WILL & SCHULTE LLP
444 West Lake Street
Chicago, IL 60606-0029
(312) 984-3273
mmadden@mcdermottlaw.com